# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 86 MM 2016

               Respondent   :

                  v.   :

SHAWN MICHAEL POWELL,   :

               Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of August, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.